CHAMBERS OF

RICHARD A. POSNER

CIRCUIT JUDGE

TEL.: 312-435-5806

FAX: 312-435-7545

E-MAIL:

RICHARD_POSNER@CA7.USCOURTS.GOV

July 21, 2004

Hon. Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Enclosed please find a copy of an amendment to my 2003 Financial Disclosure Report. Three copies were previously sent on July 14th.

Sincerely,

Richard A. Posner

Enclosure

RECEIVED JUL 29 11 01 AM '04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-04 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Amt Code | B. Income Type | C. Value Code | D. Value Method | Transactions during reporting period Type (e.g. buy, sell, redemption) | Date Month/Day | Value Code | Gain Code | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 2 1 US TREAS STRIPS 0 con *IRA* | | None | J | T | | | | | |
| 2 2 ML GLOBAL GRWTH FD *IRA* | | None | | | Sell | 7-07 | J | | |
| 3 US TREAS. STRIPS 0 con *IRA* | | None | J | T | | | | | |
| Tr 4 ML US GOV MORT FD | B | Div | L | T | | | | | |
| Tr 5 ML MUNI BD INS'D | B | Div | K | T | | | | | |
| Tr 6 ML MUNI BD NAT'L | C | Div | L | T | | | | | |
| Tr 7 GNMA FD - CL AARP | C | Div | M | T | | | | | |
| Tr 8 SHT-TRM BD CL AARP | D | Div | M | T | | | | | |
| Tr 9 MANAGED MUNI BDS *CL AARP* | C | Div | M | T | | | | | |
| Tr 10 GROWTH + INC CL AARP | A | Div | J | T | | | | | |
| 2 11 ML FUND GRWTH A *IRA* | | None | J | T | (Cl D became A in April) | | | | |
| 12 ML FUND GRWTH A *IRA* | | None | K | T | (Cl D became A in April) | | | | |
| 13 CD MBNA AMER BK *IRA* | B | INT | | | Matured | 2-24 | L | | |
| 1 14 ML FUND GRWTH A | | None | J | T | (Dis now A) | | | | |
| Tr 15 ML GLOBAL VAL FD | | None | K | T | | | | | |
| 1 16 Nuveen Ins'd Qlty *Muni Fd* | A | Div | K | T | | | | | |
| 17 CATS SER Q 0 con *IRA* | | None | J | T | | | | | |

| AC-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* POSNER, RICHARD A. | 2. Court or Organization U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT | 3. Date of Report 4-08-04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* ACTIVE U.S. CIRCUIT JUDGE | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final | 6. Reporting Period 1/1/03 - 12/31/03 |
| 7. Chambers or Office Address 219 S. DEARBORN CHICAGO, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Senior lecturer | University of Chicago Law School |
| 2 Trustee | Trust ▉▉▉▉▉ |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☑ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☐ NONE (No reportable non-investment income.) | | |
| 1 | U. of Chicago Law School part-time teaching | $22,485 |
| 2 3-7 | Harvard University Ames Prize | $10,000 |
| 3 | Harvard University Press - royalties | $27,580.82 |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this *(cont'd)* section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☑ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

III. Non-Investment Income (cont'd)

| | |
|---|---:|
| Aspen Publishers - royalties | #18,154.46 |
| University of Chicago Press - royalties | 4,000.70 |
| Oxford University Press - royalties | 73.75 |
| Edward Elgar Publishing - royalties | 591.52 |
| *Thomson-West - royalties | 210.81 |

(*name change from West)

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| RICHARD A. POSNER | 4-08-04 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Boston University | March 4-6; Boston, MA; workshop; transportation, food |
| Harvard University | March 7; Cambridge, MA; Ames Prize; hotel, food |
| 2003 Antitrust Conference Board | March 17-19; NY, NY; conference; transportation, hotel ⎫ |
| American University | April 20-21; Washington, DC; debate ⎬ ½ each. for transportation, |
| American Enterprise Inst. | April 22-23; Washington, DC; conf. ⎭ hotel |
| University of Houston | June 4 & 8; Santa Fe, NM; conf.; transp., hotel, food |
| Amer. Inst. for Econ. Rsch. | July 17 to 20; Great Barrington, MA; conf.; transp. hotel +S |

(cont'd)

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☑ NONE (No such reportable gifts.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☑ NONE (No reportable liabilities.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

IV. Reimbursements (cont'd)

8. International Vereinigung fur Rechts   Transp., hotel, food ▄▄
   Aug. 12 to 20; Lund, Sweden, conf.;

9. NERA Econ. Consulting   transp., hotel, food ▄▄
   Oct. 1 to 6; Lake Como, Italy; conf.;

10. Lexis-Nexus Group   Oct. 22 to 26; NY, NY; conf.; hotel, transp.,

11. U.S. Dept. of Justice   ceremony; transp., hotel
    Nov. 5 to 7; Washington, D.C.; award

12. Amer. Constitution Soc. + Univ. of Chicago   bate; transp., hotel
    Nov. 19 to 20; Cambridge, MA; de-

13. Mercatus Center, Inc.   speech; transp., hotel
    Nov. 21 to 24; Washington, DC;

14. National School for Public Administration + Nemetria   Oct. 25 to 31, 2002; Rome, Italy; conf, speech; transp., hotel, food ▄▄

The trip was made in 2002, but, although partial reimbursement was received at the end of 2002, the full reimbursement was not made until 2003.

15. The University of Paris   April 27 to 30, 2002; Paris, France; lecture; transp., hotel, food ▄▄

No reimbursement was made in 2002. A partial reimbursement was received in 2003.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Merrill Lynch CHA Money Fd | A | Div | K | T | | | | | |
| 2 Mer. Lynch Mun. Bd. Fd. | B | Div | K | T | | | | | |
| 3 Vanguard In Tr | D | Div | N | T | Buy | 4-08 | J | | |
| 4 Vanguard Mun Bd Fd | C | Div | H | T | Buy | 1-21 9-08 | J J | | |
| 5 Vanguard In Tr IRA | C | CapGn Div | N | T | monthly contributions | | J | | |
| 6 TIAA-CREF Mut Fd Retirement | | | P1 | T | } only value is reported. No | | | | |
| 7 TIAA-CREF SRA " | | | O | T | ) contributions were made. | | | | |
| 8 Dreyfus Core Val. Fd. Keogh | C | Divs+ Cap Gn | O | T | Buy | 3-31 | J | | |
| 9 HL B+T RASP IRA | A | Div | J | T | | | | | |
| 10 HL Mun Bd Fd ClI | A | Div | J | T | (class D became Cl. I in April) | | | | |
| 11 Nuveen Mun Mkt Opp | B | Div | K | T | | | | | |
| 12 RES Funding Corp 0 cpn IRA | | None | J | T | | | | | |
| 13 Nuveen Sel. Qlfy Mun. Fd | B | Div | K | T | | | | | |
| 14 Univ. Nat'l Bank | A | Int | J | T | | | | | |
| 15 Managed Muni Bds CL AARP | D | Div | H | T | Buy | 11-24 | J | | |
| 16 HL B Fd Core Bd PTA IRA | B | Div | L | T | | | | | |
| 17 HL GLOBAL VAL Fd IRA | | None | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-04 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-37 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income,) | | | | | | | | | |
| 2 ¹ US TREAS STRIPS IRA 0cpn | | None | J | T | | | | | |
| 2 ² ML GLOBAL GRWTH FD IRA | | | | | Sell | 7-07 | J | | |
| ³ US TREAS. STRIPS IRA 0cpn | | None | J | T | | | | | |
| Tr ⁴ ML US GOV MORT FD | B | Div | L | T | | | | | |
| Tr ⁵ ML MUNI BD INS'D | B | Div | K | T | | | | | |
| Tr ⁶ ML MUNI BD NAT'L | C | Div | L | T | | | | | |
| Tr ⁷ GNMA FD - CL AARP | C | Div | M | T | | | | | |
| Tr ⁸ SHT-TRM BD CL AARP | D | Div | M | T | | | | | |
| Tr ⁹ MANAGED MUNI BDS CL AARP | C | Div | M | T | | | | | |
| Tr ¹⁰ GROWTH + INC CL AARP | A | Div | J | T | | | | | |
| 2 ¹¹ ML FUND GRWTH A IRA | | None | J | T | (cl D became A ~ April) | | | | |
| ¹² ML FUND GRWTH A IRA | | None | K | T | (cl D became A ~ April) | | | | |
| ¹³ CD MBNA AMER BK IRA | | | | | Matured | 2-24 | L | | |
| 1 ¹⁴ ML FUND GRWTH A | | None | J | T | (Dis now A) | | | | |
| Tr ¹⁵ ML GLOBAL VAL FD | | None | K | T | | | | | |
| 1 ¹⁶ Nuveen Ins'd Qlty Muni Fd | A | Div | K | T | | | | | |
| ¹⁷ CATS SER Q 0cpn IRA | | None | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICHARD A. POSNER | 4-08-04 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 BLACKROCK MUN TRTr 2018 | A | Div | J | T | Buy | 4-14 | J | | |
| 2 ML B+I RASP | | None | J | T | | | | | |
| 3 ML MIDCAP VAL B IRA | | None | J | T | Buy | 7-07 | J | | |
| 4 ML BASIC VAL FD IRA | A | Div | K | T | | | | | |
| 5 ML SMALL CAP VAL FD IRA | | None | K | T | | | | | |
| 6 AMER FDS INT BD FD B IRA | B | Div | L | T | | | | | |
| 7 ML FUND GRWTH B | | None | J | T | Buy | 4-14 | J | | |
| 8 CD Merrill Lynch Blk IRA | A | Int | L | T | Buy | 2-24 | L | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature                                     Date _April 8, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544